Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 09 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

　　v.

MATTHIAS KARSTEN CALLAWAY,

　　　　　　Defendant.

1:22-CR-2091-MKD

INDICTMENT

Vio: 18 U.S.C. § 2251(a), (e):
Production of Child Pornography

18 U.S.C. § 2253
Forfeiture Allegations

The Grand Jury charges:

Between on or about June 1, 2020, and on or about June 21, 2020, within the Eastern District of Washington and elsewhere, the Defendant, MATTHIAS KARSTEN CALLAWAY, did knowingly employ, use, persuade, induce, entice, and coerce Minor M, a child who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of

INDICTMENT - 1

interstate commerce, and which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by a computer, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251(a), (e), as charged in this Indictment, the Defendant, MATTHIAS KARSTEN CALLAWAY, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including, but not limited to:

- an iPhone SE, serial number F17CN70BPLJY.

If any such property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the Court;
    d.    has been substantially diminished in value; or

INDICTMENT - 2

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED: August 9th, 2022.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Michael D. Murphy*
Michael D. Murphy
Assistant United States Attorney

INDICTMENT - 3