Gregory L. Scott
Attorney at Law
1118 Larson Building - P.O. Box 701
Yakima, WA 98907
Phone (509) 574-0991

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(Honorable Mary K. Dimke)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-2091-MKD |
| Plaintiff, | LETTER OF SUPPORT |
| vs. | |
| MATTHIAS KARSTEN CALLAWAY, | |
| Defendant | |

COMES NOW the Defendant, Matthias Callaway, by and through his attorney of record, Gregory L. Scott, and respectfully submits the attached letter of support for consideration at his sentencing.

DATED this 2nd Day of April, 2024.

                                                    s/Gregory L. Scott
                                                  WSBA #17433
                                                  Attorney for Matthias Callaway

LETTER OF SUPPORT - 1

April 1, 2024

Honorable Judge Mary K. Dimke
United States Eastern Washington District Court
PO Box 2706
Yakima, WA 98907

Case Number: 1:22-cr-02091-MKD

Dear Honorable Judge Dimke,

This letter is submitted today on behalf of Matthias Karsten Callaway asking for leniency as his sentencing is now at hand with respect to the case number referenced above.

My name is Ryan Callaway, and I am his father and currently maintain regular communication with Matthias as allowed under his probationary guidelines. As you know, he was temporarily incarcerated in the Yakima County Jail before being released to a Yakima based Halfway House primarily due to his serious medical needs which I address later in this letter.

Since, Matthias was originally charged in this case on 8/9/2022, he has had considerable time to reflect on his actions and while he accepts responsibility for these actions, he is truly repentant and has invested time in personal counseling to address his previous behavior and to make amends and turn his life around.

Matthias has been gainfully employed during these past years working to support himself and to keep strict adherence to his probationary terms. In addition to maintaining a busy work schedule and regular counseling visits, he has led a quiet life. Also, during his high school years, Matthias was highly active in JROTC through his school and earned various important offices by completing training and other measures given by JROTC. He learned discipline, honor, respect, and a work ethic. While, he may have deviated briefly when he made these mistakes, his character is sound, and he is poised to return as a contributing member of society.

I believe the Court is aware of Matthias's congenital birth defect, Myelomeningocele, commonly known as Spina Bifida. While, this is in no way mentioned to excuse his previous actions, I call it out as information to be considered for his well-being and long-term livelihood. As a result of this birth defect, Matthias has a ventriculoperitoneal (VP) shunt in his brain to relieve Hydrocephalus by draining fluid to his abdominal cavity. Moreover, he must address his neurogenic bowel and bladder issues daily which requires multiple self-catheterizations as well as a daily enema flush to maintain proper bowel movements. Without these important daily interventions, Matthias would not survive.

Lastly, Matthias has a condition called Chiari II malformation which is a condition where the brain tissue extends into the spinal cord. As a result, he has some paralysis as well as headaches and instability with motor skills like walking and standing. To counter this instability, Matthias has been outfitted with ankle-foot orthoses or AFO's that fit over his feet and lower legs up to his knees. Without the aid of these AFO's Matthias would be restricted to a wheelchair for mobility.

Thank you for your consideration of these various points.

Sincerely,

*Ryan Callaway*

Ryan Callaway
Email:
Mobile

I hereby certify that on April 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Michael D. Murphy
Assistant United States Attorney
United States Attorneys Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901

                                        s/Gregory L. Scott
                                        WSBA #17433
                                        Attorney for Matthias Callaway
                                        Scott Law Office
                                        6 S. 2nd Street, Suite 1118
                                        Yakima, WA 98901
                                        Telephone: (509) 574-0991
                                        Fax: (509)574-3177
                                        Email: gregory@scottlaw.net

LETTER OF SUPPORT - 3