# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br>-vs-<br>MATTHIAS KARSTEN CALLAWAY,<br>　　　　　　　　　　Defendant. | Case No.　　1:22-CR-02091-MKD<br>**CRIMINAL MINUTES**<br>DATE:　　APRIL 9, 2024<br>LOCATION:　YAKIMA<br>**SENTENCING HEARING** |

| Honorable Mary K. Dimke | | |
|---|---|---|
| Cora Vargas | 03 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Michael Murphy | | Gregory Scott |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**　Carrie Valencia | | |

**[ X ]  Open Court**　　　　**[  ]  Chambers**　　　　**[  ]  Video Conference**

Defendant present, not in custody of the US Marshal.

The Court confirmed the parties are ready to proceed to sentencing.

Mr. Scott confirmed he has reviewed and discussed the Presentence Investigation Report with the defendant, including the proposed conditions of supervision, and the defendant does not have any objections.

The Court informed the parties of the Court's intention to sentence the defendant consistent with the parties' joint recommendation of 120 months imprisonment but is considering a lengthier term of supervision. The Court requested the parties' input on a supervision term of 15 years given the nature of the case.

The Court provided findings on the sentencing guideline calculations contained in the Presentence Investigation Report; no objection by counsel; Presentence Investigation Report accepted by the Court.

Argument and comments by Mr. Murphy in support of the parties' joint recommendations for 120 months imprisonment and 5 years supervised release.

Argument and comments by Mr. Scott on behalf of the defendant in support of the parties' joint recommendation.

The defendant addressed the Court on his own behalf.

## [X]  ORDER FORTHCOMING

| CONVENED: 9:07 A.M. | ADJOURNED: 9:47 A.M. | TIME: 0:40 HR. | CALENDARED   [ ] |
|---|---|---|---|

*USA -vs- Callaway*     April 9, 2024
1:22-CR-02091-MKD     Page 2
Sentencing Hearing

The Court addressed the defendant and imposed sentence:

- **Imprisonment: 120 months**. The Court recommends placement at a BOP medical facility that is best suited to address defendant's medical needs.

- **Supervised Release: 10 years** on mandatory, standard and special conditions listed in the Presentence Investigation Report. Mr. Scott waived reading of the conditions on behalf of the defendant.

- **Fine**: waived

- **Special Penalty Assessment**: $100

- **Restitution**: none requested

- **JVTA Assessment**: waived

Appeal rights given to the extent any exist.

**Court**: the original Indictment is dismissed

Mr. Scott indicated the defendant does not object to entry of the proposed Final Order of Forfeiture submitted by the United States.

Mr. Scott requested the defendant be allowed to self-report to the designated BOP medical facility due to defendant's medical needs. The defendant's family will assist with the cost of defendant's self-reporting to the designated BOP facility.

- No objection by Mr. Murphy

**Court**: oral motion is **GRANTED**. Defendant shall remain released on conditions previously imposed until he self-reports to the BOP. The defendant shall self-report as directed to the designated BOP facility.