FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:22-CR-02091-MKD |
|---|---|
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| vs. | |
| MATTHIAS KARSTEN CALLAWAY, | |
| Defendant. | |

BEFORE THE COURT is the Government's oral Motion for Entry of a Final Order of Forfeiture. Having reviewed the pleadings and file in this matter, the Court finds good cause to grant the motion.

On February 5, 2024, the Court entered the Preliminary Order of Forfeiture, ECF No. 55, forfeiting the following listed assets to the United States:

- an iPhone SE, serial number F17CN70BPLJY

The Government published notice of the preliminary order of forfeiture beginning February 8, 2024 and ending March 8, 2024. ECF Nos. 67, 67-1, 67-2. The time for filing petitions for said assets expired on April 8, 2024, and to date, no petitions or claims for said assets have been filed, whether timely or not.

In accordance with Rule 32.2(b)(4)(A) and (B), the Preliminary Order of Forfeiture

FINAL ORDER OF FORFEITURE - 1

became final as to the Defendant at sentencing and was included in the judgment.

Accordingly**, IT IS HEREBY ORDERED**:

**1.**     The Government's oral Motion for Entry of a Final Order of Forfeiture is **GRANTED.**

**2.**     The Court's February 8, 2024, Preliminary Order of Forfeiture, ECF No. 55, is **FINAL** as to any and all other persons and entities; and the assets therein are hereby forfeited to the United States.

**3.**     The forfeited assets shall be disposed of in accordance with law.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel.

DATED this 9th day of April 2024.

                              *s/Mary K. Dimke*
                              MARY K. DIMKE
                              United States District Judge

FINAL ORDER OF FORFEITURE - 2